IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
_____

Civil Action No. 12-cv-02164-PAB-KLM
    (Consolidated with Civil Action No. 12-cv-02193-PAB-KLM)
_____

Civil Action No. 12-cv-02164-PAB-KLM

CITY OF DANIA BEACH POLICE & FIREFIGHTERS' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

CHIPOTLE MEXICAN GRILL, INC.,
STEVE ELLS,
MONTGOMERY F. MORAN, and
JOHN R. HARTUNG,

    Defendants.
_____

Civil Action No. 12-cv-02193-PAB-KLM

SONIA Y. KIM, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

CHIPOTLE MEXICAN GRILL, INC,
STEVE ELLS,
MONTGOMERY F. MORAN, and
JOHN R. HARTUNG,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion for Entry of a Proposed Scheduling Order** [Docket No. 45; Filed May 15, 2013] (the "Motion"). In the Motion, the parties request that the Court set the following deadlines:

- Deadline to amend the Complaint — **July 3, 2013**
- Deadline to respond to an amended complaint — **September 6, 2013**
- Deadline to respond to a motion to dismiss — **November 14, 2013**
- Deadline to file reply regarding a motion to dismiss — **December 19, 2013**

*Motion* [#45] at 2.

The Court notes that a Scheduling Conference is set for June 4, 2013 at 9:30 a.m. and, pursuant to Court Order [#5], the parties are instructed to prepare a proposed Scheduling Order that includes a deadline for amendment of pleadings and a dispositive motion deadline. While not requested in the Motion, *sua sponte*, the Court will grant an extension of Defendants' deadline to answer or otherwise respond to the Complaint. Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#45] is **DENIED**.

IT IS FURTHER **ORDERED** that Defendants' deadline to answer or otherwise respond to the Complaint is extended to **July 5, 2013**. All further deadlines in this matter should be addressed in the parties' proposed Scheduling Order which must be filed **on or before May 30, 2013**.

Dated: May 16, 2013