IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

―――――――――――――――――――――――――――――――――――――――――――

Civil Action No. 12-cv-02164-PAB-KLM
    (Consolidated with Civil Action No. 12-cv-02193-PAB-KLM)

―――――――――――――――――――――――――――――――――――――――――――

Civil Action No. 12-cv-02164-PAB-KLM

CITY OF DANIA BEACH POLICE & FIREFIGHTERS' RETIREMENT SYSTEM,
individually and on behalf of all others similarly situated,

    Plaintiff,
v.

CHIPOTLE MEXICAN GRILL, INC.,
STEVE ELLS,
MONTGOMERY F. MORAN, and
JOHN R. HARTUNG,

    Defendants.

―――――――――――――――――――――――――――――――――――――――――――

Civil Action No. 12-cv-02193-PAB-KLM

SONIA Y. KIM, individually and on behalf of all others similarly situated,

    Plaintiff,
v.

CHIPOTLE MEXICAN GRILL, INC.,
STEVE ELLS,
MONTGOMERY F. MORAN, and
JOHN R. HARTUNG,

    Defendants.

―――――――――――――――――――――――――――――――――――――――――――

## ORDER OF DISMISSAL
―――――――――――――――――――――――――――――――――――――――――――

This matter is before the Court on the Stipulation of Dismissal [Docket No. 59] filed by lead plaintiff and defendants in this matter. The parties stipulate that "the

captioned action, and each claim for relief asserted therein, shall be dismissed, with prejudice and without costs or attorneys' fees under any federal or state law." Docket No. 59 at 2. The stipulation, however, was not signed by "by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii); *see Anderson-Tully Co. v. Federal Ins. Co.*, 347 F. App'x 171, 176 (6th Cir. 2009) (under Fed. R. Civ. P. 41(a)(1)(A)(ii), "all parties who have appeared" includes both current and former parties). As a result, the Stipulation of Dismissal, by itself, does not serve to dismiss this action. The Court, however, having reviewed the stipulation, finds that dismissal is appropriate. Therefore, pursuant to Fed. R. Civ. P. 41(a)(2), it is

**ORDERED** that all claims by and between plaintiffs and defendants are dismissed with prejudice, each party to bear its own costs and attorneys' fees. It is further

**ORDERED** that this case shall be closed in its entirety.

DATED July 18, 2013.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge